1
2
3
4                              UNITED STATES DISTRICT COURT
5                                    DISTRICT OF NEVADA
6                                             * * *
7   ABBY RIOS,                              )
                                            )
8                  Plaintiff,               )       2:11-cv-1592-APG-CWH
                                            )
9   vs.                                     )       ORDER
                                            )
10  WAL-MART STORES, INC., *et al*.,        )
                                            )
11                 Defendants.              )
                                            )
12
         This matter is before the Court on Plaintiff's Emergency Motion to Extend Deadlines for
13
Responses to Motions in Limine (#65), filed October 2, 2013, and Defendant's Response (#66),
14
filed October 3, 2013.  Plaintiff seeks an unspecified extension to file responses to the following
15
motions: Defendant's Motion In Limine (#60), Defendant's Motion in Limine (#61), and
16
Defendant's Motion in Limine (#62).  The Court notes that Plaintiff's motion is not accompanied
17
by the affidavit required by Local Rule 7-5(d) to support emergency consideration.  Nevertheless,
18
a response has been filed so the Court will consider the motion.
19
         Though filed as motions in limine, Defendant's motion (#60) and (#62) are more
20
appropriately characterized as motions for sanctions under Fed. R. Civ. P. 37(c).  As such, they
21
have been referred to the undersigned for consideration.  After review, the undersigned finds that
22
there is not good cause to extend the response deadlines on motions (#60) and (#62).  The only
23
reason proffered for Mr. Maglares being unable to draft a response is that he is scheduled to
24
begin work with another firm.  However, that work is not scheduled to begin until after the
25
response deadline.  Consequently, the undersigned will require that Mr. Maglares file a response
26
on Plaintiff's behalf on or before the current response date of October 10, 2013.  The
27
undersigned will grant the request to extend time to file a response to Defendant's motion (#61).
28
That motion will require additional time for response as it addresses several requests to limit or

preclude evidence at trial and necessarily requires review by Mr. Agwara, who will be trying the case.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Extend Deadlines for Responses to Motions in Limine (#65) is **granted in part and denied in part**.  Plaintiff's Response to Defendant's Motions (#60) and (#62) is due on or before **October 10, 2013**.  Plaintiff's Response to Defendant's Motion (#61) is due on or before **November 8, 2013**.

DATED: October 4, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge