1
2
3
4                          UNITED STATES DISTRICT COURT
5                              DISTRICT OF NEVADA
6                                     * * *
7    ABBY RIOS,                        )
                                       )
8                  Plaintiff,          )        2:11-cv-1592-APG-CWH
                                       )
9    vs.                               )        ORDER
                                       )
10   WAL-MART STORES, INC., *et al.*,  )
                                       )
11                 Defendants.         )
     _____ )
12
13        This matter is before the Court on Defendant's Proposed Scope for Treating Physician's
14   Testimony (#77), filed December 31, 2013.  The parties have not complied with the Court's
     order to meet and confer and submit a stipulation and proposed order on the findings made
15   during the hearing held on December 11, 2013.  *See* Mins. of Proceedings (#76).  The parties are,
16   again, instructed to meet and confer and submit a stipulation and proposed order that captures the
17   findings and rulings made during the December 11, 2013 hearing.  As the motions under
18   consideration during the hearing were filed by Defendant, the Defendant shall initiate the meet
19   and confer and undertake the task of drafting.  To the extent the parties are unable to agree on
20   any aspect of the Court's prior order, they are directed to include any such disagreement within
21   the body of the stipulation and proposed order.  It is insufficient to simply exchange drafts of the
22   proposed order or letters.  The parties must personally consult.  Defendant shall submit an
23   affidavit which accurately captures the effort and detail of all attempts to meet and confer.
24   Failure to comply with this order may result in an order to show cause why further sanctions
25   should not be imposed.   Accordingly,
26        **IT IS HEREBY ORDERED** that Defendant's Proposed Scope for Treating Physician's
27   Testimony (#77) is **denied**.  The parties are instructed to submit their stipulation and proposed
28   order not later than **12:00 PM on Tuesday, January 14, 2014**.  Failure to comply with the

1   requirements set forth in this order may result in an order to show cause why additional sanctions

2   should not be imposed.

3          DATED: January 2, 2014.

4

5   _____
     C.W. Hoffman, Jr.

6        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28