# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABBY RIOS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-01592-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WAL-MART STORES, INC., ) | **Motion to Stay Proceedings - #96** |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Emergency Motion to Stay Proceedings Pending Reconsideration by the Court to Reopen Discovery and Motion to Strike (#96), filed on February 12, 2012.  The Defendant filed its Response (#105) on March 1, 2014.  Plaintiff filed her Reply (#106) on March 11, 2014.

On April 11, 2014, the Court granted Plaintiff's motion to reopen discovery. *See Order (#107)*.  That order also resolves Plaintiff's emergency motion for stay and renders it moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Stay Proceedings Pending Reconsideration by the Court to Reopen Discovery and Motion to Strike (#96) is **denied** as moot.

DATED this 22nd day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge