# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABBY RIOS, | |
|     Plaintiff, | Case No. 2:11-CV-01592-KJD-GWF |
| v. | **ORDER** |
| WAL-MART STORES, INC., | |
|     Defendant. | |

    Presently before the Court are the parties' motions in limine (#59/61). Though the motions were filed shortly before trial was to begin, that trial date has since been continued. Additionally, extended discovery is now being conducted while the parties prepare a stipulation for an extended discovery period to be determined by the magistrate judge. Accordingly, the Court denies the motions in limine without prejudice. The parties may renew their motions in limine, if still applicable, prior to trial by filing a notice of renewal of motion in limine with the Court.

**IT IS SO ORDERED.**

    DATED this 11th day of September 2014.

_____
Kent J. Dawson
United States District Judge