Steven J. Mack, Esq.
Nevada Bar No. 4000
**BLACK & LOBELLO**
10777 W. Twain Avenue
Third Floor
Las Vegas, NV 89135
T-(702) 869-8801
F-(702) 869-2669
smack@blacklobellolaw.com
Attorneys for Plaintiff
Abby Rios

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ABBY RIOS, an Individual,<br><br>            Plaintiff,<br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; DOES I through V, Inclusive; ROE Corporations VI-X, Inclusive,<br><br>            Defendants. | Case No.: 2:11-cv-01592-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br>(First Request) |

WHEREAS a deposition is still scheduled in this matter for Friday, March 13, 2015 in Denver, Colorado;

WHEREAS the Joint Pretrial Order is due March 11, 2015;

IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned counsel that the time to file the Joint Pretrial Order shall be extended by three weeks to, April 1, 2015.

///
///
///
///
///
///
///

Page 1 of 2

This Stipulation does not affect, and is not intended to affect, any other dealines in this case.

| Dated this 11th day of March, 2015. | Dated this 11th day of March, 2015. |
|---|---|
| **BLACK & LOBELLO** | **PHILLIPS, SPALLAS & ANGSTADT, LLC** |
| /s/ Steven J. Mack <br> Steven J. Mack, Esq. <br> Nevada Bar No. 4000 <br> 10777 W. Twain Ave., 3rd Fl. <br> Las Vegas, Nevada 89135 <br> T-(702) 869-8801 <br> F-(702) 869-2669 <br> *Attorney for Plaintiff* <br> *Abby Rios* | /s/ Brenda Entzminger <br> Brenda Entzminger, Esq. <br> Nevada Bar No. 9800 <br> 504 South Ninth Street <br> Las Vegas, Nevada 89101 <br> F-(702) 938-1511 <br> *Attorneys for Defendant* <br> *Wal-Mart Stores, Inc.* |

## ORDER

IT IS HEREBY ORDERED.

Dated this 12 day of March, 2015

_____
UNITED STATES MAGISTRATE JUDGE