AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ABBY RIOS ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:11-CV-1592-KJD-GWF |
| WAL-MART STORES, INC. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Abby Rios and against Defendant Wal-Mart Stores, Inc. in the amount of $718,146.55 in damages.

This action was *(check one)*:

☑ tried by a jury with Judge Kent J. Dawson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

*CLERK OF COURT*

9/18/2015

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

DATE