# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABBY RIOS, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC, a Delaware corporation, <br><br> Defendant. | Case No. 2:11-cv-01592-KJD-GWF <br><br> ORDER |

On May 17, 2017, the Court granted Defendants' Motion for Release of Supersedes [sic] Bond (#255) by Minute Order (#262).

In accordance with that order, the Court hereby orders the Clerk of the Court to release the cash deposit or bond of Black & LoBello in addition to any interest accrued thereon, in accordance with the financial records of the court and certificate of cash deposit (#240).

**IT IS SO ORDERED.**

DATED this 18th day of July 2019.

The Honorable Kent J. Dawson
United States District Judge